UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal No. 05-457 (FSH) |
| MICHAEL SENATORE. | : **ORDER** |
| Defendant. | : |

This matter having come before the Court by letter dated October 28, 2008 by Defendant, Michael Senatore, requesting an Order for early termination of supervised release; and the Government having submitted opposition dated January 9, 2009; and the Court having considered the arguments and for good cause shown;

**IT IS** on this 9th day of February, 2009,

**ORDERED** that the Defendant's request for early termination of supervised release is hereby **DENIED.**

  /s/ Faith S. Hochberg
United States District Judge